HEARING DATE AND TIME: July 25, 2018 at 10:00 A.M.
OBJECTION DEADLINE: July 18, 2018

VLOCK & ASSOCIATES, P.C.
Attorneys for Plaintiff
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 557-0020

*Special Litigation Counsel to the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| A.N. FRIEDA DIAMONDS, INC., | Case No. 15-11862 (MEW) |
| Debtor. | |
| -----------------------------------------------------------------X | |
| MATTHEW C. HARRISON, JR., | Ad. Proc. No. 17-1103 (MEW) |
| Plaintiff, | |
| v. | |
| RONEN KONFINO, FRIEDA KONFINO, RONI RUBINOV, NEW LIBERTY PAWN SHOP, INC., NEW YORK ESTATE BUYERS, and ABNER RUBINOV, | |
| Defendants. | |
| -----------------------------------------------------------------X | |

**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR
ORDER OF CONTEMPT AGAINST DEFENDANT ABNER RUBINOV
<u>FOR FAILURE TO COMPLY WITH SUBPOENA</u>**

**PLEASE TAKE NOTICE**, that upon the annexed motion (the "**Motion**") of Plaintiff, MATTHEW C. HARRISON, JR., Chapter 7 Trustee for A.N. Frieda Diamonds, Inc., dated July 2, 2018, by his attorneys Vlock & Associates, P.C., and the exhibits annexed thereto, the undersigned will move this Court, before the Honorable Michael E. Wiles, United States

Bankruptcy Judge, at the courthouse located at One Bowling Green, New York, New York, on July 25, 2018, at 10:00 A.M., for an Order:

a. Pursuant to Rule 9020 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code, holding Defendant ABNER RUBINOV in Contempt of Court for failure to comply with the Subpoena dated March 28, 2018, by failing to produce documents and appear for deposition as required by the said Subpoena;

b. Compelling the Defendant ABNER RUBINOV to comply with the Subpoena dated March 28, 2018, by producing documents and appearing for deposition;

c. Granting attorneys' fees and costs against Defendant ABNER RUBINOV upon his failure to comply with the said Subpoena; and

d. For such other and further relief as the Court deems just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE,** that any responses or objections to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, set forth the basis for the objection and the specific grounds therefor, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-242, upon Stephen Vlock, Esq., VLOCK & ASSOCIATES, P.C., 630 Third Avenue, 18th Floor, New York, New York 10017 and the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10004, so as to be actually received on or before July 18, 2018.

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Motion may be adjourned from time to time as set forth in open Court and without further notice.

Dated:    New York, New York
July 2, 2018

                                                      VLOCK & ASSOCIATES, P.C.
                                                      Attorneys for Plaintiff
                                                      630 Third Avenue, 18th Floor
                                                      New York, New York 10017
                                                      (212) 557-0020

                                                      By: s/*Stephen Vlock*
                                                      Stephen Vlock, Esq.