UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                                    Chapter 7

A.N. FRIEDA,                                                                      Case No.: 15-11862 (MEW)

                            Debtor.
----------------------------------------------------------X

MATTHEW C. HARRISON, JR.,
      Trustee-Plaintiff,                                                   Adv. Pro. No. 17-01103 (MEW)

                -against-


RONEN KONFINO, FRIEDA KONFINO
RONI RUBINOV, NEW LIBERTY PAWN
SHOP, INC., NEW YORK ESTATE BUYERS
and ABNER RUBINOV,
                Defendants,
      - and –

VNB NEW YORK, LLC,
                Defendant-Intervenor.

----------------------------------------------------------X

## STATEMENT OF AVNER RUBINOV WITH RESPECT TO POST TRIAL MEMORANDA OF LAW

Abner Rubinov, a/k/a Avner Rubinov, a defendant in the above-captioned adversary proceeding ("Avner"), by his attorney Shafferman & Feldman LLP, as and for his statement with respect to the post trial memoranda of law filed by Matthew Harrison, Jr. as trustee (the "Trustee"), VNB New York, LLC ("VNB") and Roni Rubinov and New Liberty Pawn Shop, Inc. ("the RR Parties") , respectfully represents:

1.     Avner has not filed any memoranda of law with respect to the discrete issues raised by the Court at the conclusion of the trial and takes no position with respect to those issues. Given the self-serving and conclusory statements set forth in the Trustee, VNB,

1

and the RR Parties' Post Trial Memoranda of Law, it is necessary to state again for the record that there were never any sales of A.N. Frieda and/or Ronen Konfino's property to either New York Estate Buyers or to Avner.

**DATED:**   New York, New York
November 13, 2019

                         SHAFFERMAN & FELDMAN LLP
                         Attorneys for Avner Rubinov
                         137 Fifth Avenue, 9th Floor
                         New York, New York 10010
                         (212) 509-1802

                         By:   /s/ Joel M. Shafferman
                                Joel M. Shafferman (JS-1055)