# *LEO FOX*
### *ATTORNEY-AT-LAW*

630 Third Avenue, New York, New York 10017
(212) 867-9595 | Fax (212) 949-1857
*E-Mail:* leo@leofoxlaw.com

January 21, 2020

Honorable Michael E. Wiles
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   AN Frieda – Case No. 15-11862 (MEW)
      Adv. Proc. No. 17-01103 (MEW)

Dear Judge Wiles:

     As the attorney for Matthew C. Harrison, Jr., the Chapter 7 Trustee, I am writing this to advise you of certain recent developments which may impact the pending Adversary Proceeding and the trial with respect to the above Adversary Proceeding which is *sub judice* before this Court. We are prepared to attend a Status Conference if the Court believes it to be necessary.

     We just received word that the of New York City Police Department and the New York State Attorney General's Office obtained a search warrant, opened the safes and seized the inventory and assets of New Liberty Loans. See attached article from the New York Post. We are presently inquiring into this matter and have reached out to the Attorney General's Office and the Police Department to learn more about it.

Honorable Michael E. Wiles
Page 2
January 21, 2020

      We will keep this Court advised. We respectfully remind the Court of the Bankruptcy Court Orders dated September 16, 2015 and March 18, 2016 directing Defendant, New Liberty, to hold or turnover to the Trustee the merchandise which had been pawned by the Debtor to the Defendant.

      Lastly, we have ordered the Transcript of the Trial. We requested all parties pay one-quarter of the total transcript cost of $3,457.60. Defendant, Abner Rubinov, has paid nothing towards the transcript charges and Defendant, Roni Rubinov, has paid only $522.75. The Trustee and VNB New York Corp. have paid the balance, subject to recoupment from the Defendants. We expect delivery of the Transcript shortly.

      Very truly yours,

      /s/ *Leo Fox*
      Leo Fox

LF:cb

cc:   Peter Janovsky, Esq.
      Paul Solda, Esq.
      Joel Shafferman, Esq.
      Matthew C. Harrison, Jr.

METRO

# Diamond District pawnshop raided by authorities

By Larry Celona and Bruce Golding

January 12, 2020 | 10:21pm



dpa/picture alliance via Getty I

A Diamond District pawnshop was raided by authorities on suspicion of trafficking in stolen merchandise, The Post has learned.

Investigators with the state Attorney General's Office and NYPD's Grand Larceny Division, bearing a search warrant, opened the safes and seized the inventory at New Liberty Loans at 67 W. 47th St. last week, according to sources familiar with the matter.

The business is suspected of letting crooks fence goods, law-enforcement sources said.

— ADVERTISEMENT —





Owner Roni Rubinov declined to comment Sunday. The AG's Office did not respond to a request for comment, while the NYPD said the investigation is ongoing.

FILED UNDER   ATTORNEY GENERAL, DIAMOND DISTRICT, NYPD, RAIDS

Recommended by