LAW OFFICES OF

# PAUL J. SOLDA

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 68TH FLOOR
NEW YORK, NEW YORK 10118

(212) 967-3393

ADMITTED IN:
NEW YORK
PENNSYLVANIA
CONNECTICUT
WASHINGTON, D.C.

E-MAIL:
ps@soldalaw.com

January 23, 2020

Hon. Michael E. Wiles
United States Bankruptcy Court, SDNY
One Bowling Green
New York, New York 10004-1408

RE:   Matthew Harrison (Trustee) v. R. Konfino, Ron Rubinov/New Liberty
      Pawn Shop, Inc., Et. Al. (Adv Pro. #17 – 01103)
      [Bankruptcy case #15-11862 (A.N. Frieda Diamonds, Inc.)]

Dear Judge Wiles:

As you may recall, the undersigned represents the interests of Defendants New Liberty Pawn Shop, Inc. and Ron Rubinov relative to the above referenced matter.

We write to object to the Trustee's letter (served on the Court January 21, 2020) - which sought to advise His Honor to an NYPD warrant execution on New Liberty. Attorney Fox blithely attempts to screen this police undertaking to suggest that it "may impact the pending Adversary Proceeding…" and have an affect on prior court orders (from September, 2015 and March, 2016). This is an outrage - especially given that the above referenced matter has not yet been decided by the Court.

Regarding the New York Post article and the described warrant execution - the NYPD did, in fact, execute a warrant on New Liberty on January 8, 2020. The undertaking, however, has no effect on the issues tried before this Court last October, 2019. Here, the matter involved at least six different persons of interest and targeted at least four different premises - in addition to New Liberty and its principal, Ron Rubinov. As this office has learned[1], the central target is a secondhand buying business entitled Romanov

---

[1] The undersigned has some firsthand knowledge to these events notwithstanding – as I responded to the warrant execution. I was present throughout the search of the New Liberty premises and conferred with head NYPD detectives on the case. No arrests were made. <u>There was no confiscation of any collateral subject to any pawn loans</u> whatsoever. The police matter involved alleged stolen merchandise which primarily included marquis ladies clothing,

PAUL J. SOLDA
ATTORNEY AT LAW

Hon. Michael E. Wiles
January 23, 2020
Page 2

Gold Buyers (owned by an unrelated individual).  Ron Rubinov notably operates a pawnbroker business and retail jewelry sale business[2].  Significantly, the alleged robberies and fencing operation is claimed to have taken place last year - 2019.  With that said, the New York Post article largely got the story wrong.  While Mr. Rubinov is alleged to be involved - his pawn operation stands separate from this muss.  Most important, several key (unrelated) individuals and unrelated businesses are at the center of this investigation.

In the final analysis, however, one thing is clear - Attorney Fox has surreptitiously used this event to inform the Court knowing the within matter is still *sub judice*.  Obviously, the intent is to prejudice the Court.

In closing, this Office will be available for any conference should the Court nonetheless deem it necessary.  If there is anything further the Court may require, please do not hesitate to advise.

Thank you.

Yours truly,

*Paul J. Solda*

Paul J. Solda

cc:   Leo Fox, Esq.
      Peter Janovsky, Esq.
      Joel Shafferman, Esq.

---

purses, cosmetics, etc.).  The central target was a secondhand dealer licensed business entitled "Romanov Gold Buyers" (locaed at 71 W. 47th St., NY, NY) - a business neither owned nor operated by Ron Rubinov.  While some merchandise was, nonetheless, being seized at the New Liberty premises - it was said retail clothing/handbag merchandise - apparently stored in the area there.  While the New Liberty safe  (amongst other safes from other businesses) was searched - only cash proceeds were seized.

[2] As we all became aware, a pawnbroker does not purchase jewelry or other valuable merchandise - it makes loans on same. Here, various recidivists have been alleged to have robbed various department stores and in turn sold their stolen goods to the Romanov business.