# *LEO FOX*
*ATTORNEY-AT-LAW*

**630 Third Avenue, New York, New York 10017**
**(212) 867-9595 | Fax (212) 949-1857**
 *E-Mail:*   leo@leofoxlaw.com

January 28, 2020

Honorable Michael E. Wiles
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:    AN Frieda – Case No. 15-11862 (MEW)
       Adv. Proc. No. 17-01103 (MEW)

Dear Judge Wiles:

    This letter responds to the letter from Paul Solda to the Court dated January 23, 2020. The Trustee rejects Mr. Solda's assertion that there was something "surreptitious" in my letter to the Court bringing to this Court's attention that Mr. Rubinov and his company may have been stripped of their assets by actions by the NYPD and NY Attorney General. Upon learning of the raid on New Lilberty's premises, the Trustee believed he had an obligation to report the events to the Court.

    The Trustee cannot rely on Mr. Solda's written assurance that the Defendants' assets remain undisturbed.  Under the circumstances, the Trustee believes New Liberty Pawnshop should consent to a Restraining Order restraining transfers other than in the ordinary course of business and imposing other reporting obligations.   It is only in this way that the Trustee can be assured that the status quo remains during the pendency of the decision by the Court.

Honorable Michael E. Wiles
Page 2
January 28, 2020

      We request a conference sometime later this week or early next week to appear before this Court on this issue.

                          Very truly yours,

                          */s/ Leo Fox*
                          Leo Fox

LF:cb

cc:    Peter Janovsky, Esq.
        Paul Solda, Esq.
        Joel Shafferman, Esq.
        Matthew C. Harrison, Jr.