Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   _____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❏ Debtor
   ❏ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _____

2. State the date on which the judgment, order, or decree was entered: _____

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____  Attorney: _____
   _____
   _____
   _____

2. Party: _____  Attorney: _____
   _____
   _____
   _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

> ❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____  Date: _____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
  Akiva Shapiro, Esq., Akiva Shapiro Law PLLC
  Mailing Address: 696 Old Bethpage Rd, #540
  Old Bethpage, NY 11804
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**Parties:**

Roni Rubinov and New Liberty Pawn Shop, Inc.,
    *Appellants-Defendants*

    Akiva Shapiro, Esq.
    Akiva Shapiro Law, PLLC
    Mailing Address:
    696 Old Bethpage Rd #540
    Old Bethpage, NY 11804
    347-435-6529
    Email: Akiva@AkivaShapiroLawPLLC.com
    Attorney for *Appellants-Defendants*

Matthew C. Harrison, Jr.,
    *Respondent-Trustee-Plaintiff*

    Leo Fox, Esq.
    630 Third Avenue
    18th Floor
    New York, NY 10017
    (212) 867-9595
    Fax : (212) 949-1847
    Email: leo@leofoxlaw.com
    *Attorney for the Respondent-Trustee-Plaintiff*

VNB New York, LLC
    *Respondent-Defendant-Intervenor and Cross-Claimant*

    Peter Janovsky, Esq.
    Stephen F. Ellman, Esq.
    Zeichner Ellman & Krause
    1211 Avenue of the Americas
    New York, NY 10036
    (212) 223-0400
    Fax : (212) 753-0396
    Email: PJanovsky@zeklaw.com
    *Attorneys for VNB New York, LLC*

Avner Rubinov and New York Estate Buyers
    *Respondent-Defendants*

    Joel Shafferman
    Shafferman & Feldman, LLP
    137 Fifth Avenue, 9th Floor
    New York, NY 10010
    (212) 509-1802
    Fax : 212 509-1831
    Email: joel@shafeldlaw.com
    *Attorney for Avner Rubinov and New York Estate Buyers*

**Parties:**