Leo Fox, Esq.
630 Third Avenue - 18th Floor
New York, New York 10017
(212) 867-9595
leo@leofoxlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 15-11862 (MEW) |
| A.N. FRIEDA DIAMONDS, INC., | |
| Debtor. | |

---------------------------------------------------------X
MATTHEW C. HARRISON, JR.,

            Trustee-Plaintiff           Adv. Proc. No. 17-01103 (MEW)

   -   against   -

RONEN KONFINO, FRIEDA KONFINO,
RONI RUBINOV, NEW LIBERTY PAWN
SHOP, INC., NEW YORK ESTATE BUYERS
and ABNER RUBINOV a/k/a AVNER
RUBINOV,

           Defendants,

and

VNB NEW YORK, LLC,

           Defendant-Intervenor.
---------------------------------------------------------X

### TRUSTEE-APPELLEE'S
### STATEMENT UNDER BANKRUPTCY RULE 8009(a)(2)

      Matthew C. Harrison, Jr., the Trustee-Appellee (the "Trustee-Appellee") hereby files and serves Trustee-Appellee's Designation.

      1.    Appellant's reference to Docket No. 135 should be amended to state Docket No. 134 (Exhibit 11) as constituting the correct Docket Number.

      2.    The items have not been designated by the parties.   Appellant has not designated any documents other than the transcripts and the Joint Pretrial Order.  Trustee-Appellee has no

objection to the designation of such documents. Appellant has yet to designate additional exhibits. Appellant failed to offer to reimburse Trustee-Appellee for its costs and expenses in the production of the exhibits. Once the Appellant designates the exhibits, the Trustee-Appellee reserves its rights to object to such exhibits or include any additional exhibits the Trustee-Appellee believes to be appropriate.

Dated: New York, New York
      June 10, 2020

                                  Respectfully submitted,

                                  */s/ Leo Fox*
                                  Leo Fox, Esq.
                                  Attorney for Chapter 7 Trustee
                                  630 Third Avenue – 18th Floor
                                  New York, New York 10017
                                  (212) 867-9595
                                  leofox1947@aol.com